**KRIS J. KRAUS**
California State Bar No. 233699
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Kris_Kraus@fd.org

Attorneys for Mr. Juan Barrera-Barrera

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE WILLIAM Q. HAYES)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN BARRERA-BARRERA,<br><br>Defendant. | CASE NO. 08CR0014-WQH<br><br>DATE: February 11, 2008<br>TIME: 2:00 p.m.<br><br><u>NOTICE OF MOTIONS AND MOTIONS TO:</u><br><br>(1) COMPEL DISCOVERY;<br>(2) PRESERVE EVIDENCE; AND<br>(3) GRANT LEAVE TO FILE FURTHER MOTIONS. |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
CHRISTINA McCALL, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that on February 11, 2008, at 2:00 p.m., or as soon thereafter as counsel may be heard, defendant, Juan Barrera-Barrera, by and through his attorneys, Kris J. Kraus, and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

//

//

//

//

//

//

**MOTIONS**

Defendant, Juan Barrera-Barrera, by and through his attorneys, Kris J. Kraus, and Federal Defenders of San Diego, Inc., asks this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order to:

(1) Compel Discovery;

(2) Preserve Evidence; and

(3) Grant Leave to File Further Motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,

Dated: January 28, 2008

/s/ Kris J. Kraus

**KRIS J. KRAUS**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Juan Barrera-Barrera
Kris_Kraus@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

Christina McCall
U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: christinamccall.@usdoj.gov

Dated: January 28, 2008

/s/ Kris J. Kraus
KRIS J. KRAUS
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
e-mail: kris_kraus@fd.org