Christian De Olivas
CalBarNo. 249608
De Olivas Law Firm, APLC
200 N. Bradford Ave., Suite L
Placentia, CA 92870
Telephone: (714) 646-3314
Facsimile: (714) 646-3721

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>JUAN BARRERA-BARRERA<br>Defendant | Case No: 3:08-cr-00014-WQH-1<br>**SUBSTITUTION OF ATTORNEY** |

Juan Barrera-Barrera hereby substitutes attorney CHRISTIAN DE OLIVAS, from the DE OLIVAS LAW FIRM, APLC, located at 200 N. Bradford Avenue, Suite L, Placentia, CA 92870, with telephone number, (714) 646-3314, as attorney of record in place and stead of attorney, Kristin J. Kraus from Federal Defenders.

X DATED: 2/7/08 X [signature]
DEFENDANT

I consent to the above substitution.

DATED: 2/11/08 [signature]
Kris J. Kraus, Esq Federal Defender of San Diego
PRESENT ATTORNEY

//

I am duly admitted to practice in this district.

I accept the above substitution.

DATED: 02-18-07 ____________________

NEW ATTORNEY

Please check one: ✓ RETAINED, or ________ APPOINTED BY THE COURT.

DATED: APPROVED:

____________________ ____________________

UNITED STATES DISTRICT COURT MAGISTRATE