Christian De Olivas
CalBarNo. 249608
De Olivas Law Firm, APLC
200 N. Bradford Ave., Suite L
Placentia, CA 92870
Telephone: (714) 646-3314
Facsimile:  (714) 646-3721



FILED
FEB 2 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JUAN BARRERA-BARRERA,

    Defendant

Case No: 3:08-cr-00014-WQH-1

**SUBSTITUTION OF ATTORNEY**

_Juan Barrera-Barrera_ hereby substitutes attorney CHRISTIAN DE OLIVAS, from the DE OLIVAS LAW FIRM, APLC, located at 200 N. Bradford Avenue, Suite L, Placentia, CA 92870, with telephone number, (714) 646-3314, as attorney of record in place and stead of attorney, _Kristin J. Kraus from Federal Defenders_.

DATED: _2/7/08_      X _____
                                  DEFENDANT

I consent to the above substitution.

DATED: _2/25/08_      _____
                                  PRESENT ATTORNEY

1

3:08-cr-00014-WQH-1
SOA

//

I am duly admitted to practice in this district.

I accept the above substitution.

DATED: 02-25-08 _____     _____

NEW ATTORNEY

Please check one: ___✓___ RETAINED, or _____ APPOINTED BY THE COURT.

DATED: 2/25/08 _____

APPROVED: _____

UNITED STATES DISTRICT COURT ~~MAGISTRATE~~

2

3:08-cr-00014-WQH-1
50r